

144-41 70th Road
Flushing, New York 11367
tel: 718.705.8706
fax: 718.705.8705
uri@horowitzlawpllc.com
www.horowitzlawpllc.com

March 2, 2021

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 10201

**Via ECF**

      ***Vasquez et al. v. Viking Client Services, LLC***
      **Docket No. 1:21-cv-00593-BMC**

Your Honor,

      We represent the Plaintiff, Ottho Vasquez, in the above referenced action, and write in accordance with Your Honor's Individual Practices, and with consent of Counsel for Viking Client Services, LLC ("Viking).

      We are pleased to report that the Plaintiff has reached an agreement to settle all claim with prejudice as alleged in the Complaint against Defendants Viking.

      Accordingly, we respectfully request the Court adjourn all upcoming dates and deadlines as they pertain to Defendants Viking, including the upcoming Initial Conference currently scheduled for March 17, 2021 at 12:30pm, and enter a Sixty (60) Day Order allowing for the parties to finalize and consummate the Settlement Agreement.

      We thank Your Honor and the Court for its kind considerations and courtesies.


                        Respectfully,

                        */s/ Uri Horowitz*
                        Uri Horowitz

CC: *All Counsel of Record via ECF*